WILLIE E. THOMPSON *v.* LARRY R. MEACHUM,
COMMISSIONER OF CORRECTION
(6464)

BORDEN, DALY and NORCOTT, Js.

Argued May 9—decision released May 18, 1988

*Jon C. Blue,* assistant public defender, with whom was *Joette Katz,* public defender, for the appellant (petitioner).

*Kevin T. Kane,* assistant state's attorney, with whom, on the brief, was *C. Robert Satti, Sr.,* state's attorney, for the appellee (respondent).

PER CURIAM. There is no error.